### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael A. Galovich                                          CHAPTER 7
          Kimberly A. Galovich
                    Debtor(s)                                  BKY. NO. 20-22147 JAD

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and index same on the master mailing list.

                                                                          Respectfully submitted,

                                                            /s/ James C. Warmbrodt
                                                           James Warmbrodt
                                                           14 Aug 2020, 11:13:41, EDT

                                                           James C. Warmbrodt, Esquire
                                                           Attorney I.D. No. 42524
                                                           KML Law Group, P.C.
                                                           BNY Mellon Independence Center
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA 19106
                                                           412-430-3594
                                                           jwarmbrodt@kmllawgroup.com